## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| April Carrico-Hardegree, individually and on behalf of all others similarly situated, | ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | No.   1:19-cv-4053-JPH-DML |
| The Law Office J. Mark Heldenbrand, P.C., an Arizona law firm, | ) ) ) | |
| Defendant. | ) | |

*The Court acknowledges the Notice of Voluntary Dismissal with Prejudice, dkt. 10.*
*JPH, 11/7/2019*
*Distribution via ECF.*

### NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Plaintiff, pursuant to settlement and F.R.C.P. Rule 41, having reached a settlement of Plaintiff's individual claims against the Defendant, hereby stipulates to the dismissal of her individual claims with prejudice and dismissal of the claims of the putative class members without prejudice.

Dated:  November 5, 2019

One of Plaintiff's Attorneys

/s/ David J. Philipps_____
David J. Philipps     (Ill. Bar No. 06196285)
Mary E. Philipps      (Ill. Bar No. 06197113)
Philipps & Philipps, Ltd.
9760 S. Roberts Road, Suite One
Palos Hills, Illinois 60465
(708) 974-2900
(708) 974-2907 (FAX)
davephilipps@aol.com
mephilipps@aol.com